## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                            )
IPG PHOTONICS CORPORATION,                  )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )   Court No. 25-00212
                                            )
UNITED STATES,                              )
                                            )
            Defendant,                      )
                                            )
      and                                   )
                                            )
ALUMINUM EXTRUSIONS FAIR TRADE              )
COMMITTEE,                                  )
                                            )
            Defendant-Intervenor.           )
_____)

## ORDER

Upon consideration of the plaintiff's motion for statutory injunction and all other pertinent papers, and pursuant to 19 U.S.C. § 1516a(c)(2), it is hereby

**ORDERED** that plaintiff's motion is **GRANTED in part**; and it is further

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of IPG Photonics Corporation's Heat Sink Models CM513100000100ZG, CMUS0009602XXXXU, CMUS0014756XXXXU, and CMUS0015888XXXXU from China; that were produced by Tianjin and imported by IPG Photonics Corporation; that were the subject

of the United States Department of Commerce's final scope ruling in *Aluminum Extrusions from the People's Republic of China: Final Scope Ruling on IPG Photonics Corporation's Heat Sinks* (August 27, 2025); that were entered, or withdrawn from warehouse, for consumption after May 26, 2011; and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

Dated: December 8, 2025　　　　　　　　　　　　／s／　　Gary S. Katzmann
　　　　New York, New York　　　　　　　　　　　　　　　JUDGE KATZMANN